UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:            Chapter 13
Amy L. Butler,                 Case No.: 18-52232
                                       Judge Marci McIvor

                Debtor.
_____/

## NOTICE OF VOLUNTARY CONVERSION FROM CHAPTER 13 TO CHAPTER 7

PLEASE TAKE NOTICE that the Debtor, Amy L. Butler, hereby converts the above-captioned Chapter 13 case to Chapter 7 pursuant to 11 U.S.C. § 1307(a) and Federal Rule of Bankruptcy Procedure 1017(f)(3)

                                                                 Respectfully Submitted,

                                                                 /s/ William C. Babut
                                                                 Babut Law Offices PLLC
                                                                 700 Towner St.
                                                                 Ypsilanti, MI 48198
                                                                 734-485-7000
                                                                 wbabut@babutlaw.com
                                                                 P41099

April 8, 2019