| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Amy L. Butler** | | Social Security number or ITIN | **xxx–xx–4494** |
| | First Name   Middle Name   Last Name | | EIN _ _–_ _ _ _ _ _ _ | |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | | Social Security number or ITIN _ _ _ _ | |
| | | | EIN _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court | **Eastern District of Michigan** | | Date case filed in chapter **13** | **9/5/18** |
| Case number: | **18–52232–mbm** | | Date case converted to chapter **7** | **4/8/19** |

Official Form 309A (For Individuals or Joint Debtors)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**The court will dismiss this case without a hearing if the debtor(s) do not timely file all the required documents and if no request for a hearing on dismissal is filed within 21 days after the petition is filed. The Clerk will give notice of the hearing on dismissal only to the party requesting the hearing, the debtor and the trustee.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| **1.** | **Debtor's full name** | Amy L. Butler | | |
| **2.** | **All other names used in the last 8 years** | | | |
| **3.** | **Address** | 139 Lauff Drive, Apartment 102 Milan, MI 48160 | | |
| **4.** | **Debtor's attorney** Name and address | William C. Babut 700 Towner Street Ypsilanti, MI 48198 | | Contact phone: (734) 485–7000 |
| **5.** | **Bankruptcy trustee** Name and address | Timothy J. Miller 64541 Van Dyke Suite 101 Washington, MI 48095 | | Contact phone: (586) 281–3764 |

**For more information, see page 2 >**

| 6. | **Bankruptcy clerk's office** | **Address of the Bankruptcy Clerk's Office:** 211 West Fort Street Detroit, MI 48226 | **For the Court:** Clerk of the Bankruptcy Court: Katherine B. Gullo |
|---|---|---|---|
|  | Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or register online at www.pacer.gov. | Contact phone: 313–234–0065 | Hours open: 8:30am–4:00pm Monday–Friday |
|  |  |  | Date: 4/8/19 |
| 7. | **Meeting of creditors** | **May 15, 2019 at 03:00 PM** | Location: |
|  | Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **211 West Fort St., Room 315, Detroit, MI 48226** |
| 8. | **Presumption of abuse** | The presumption of abuse does not arise. |  |
|  | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. |  |  |
| 9. | **Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: 7/15/19** |
|  | The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). |  |
|  |  | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim** | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |  |
|  | Please do not file a proof of claim unless you receive a notice to do so. |  |  |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |  |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or register online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |  |

18-52232-mbm    Doc 42    Filed 04/10/19    Entered 04/11/19 00:59:20    Page 2 of 4

```
                        United States Bankruptcy Court
                        Eastern District of Michigan

In re:                                                    Case No. 18-52232-mbm
Amy L. Butler                                             Chapter 7
          Debtor                 CERTIFICATE OF NOTICE

District/off: 0645-2        User: kmagg          Page 1 of 2       Date Rcvd: Apr 08, 2019
                            Form ID: 309A        Total Noticed: 32
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 10, 2019.
```
db            +Amy L. Butler,   139 Lauff Drive, Apartment 102,   Milan, MI 48160-1254
tr            +Timothy J. Miller,   64541 Van Dyke,   Suite 101,   Washington, MI 48095-2570
25519177     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court: Bank of America,   P.O. Box 15025,   Wilmington, DE 19886)
25596761      +Bank of America, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
25519178       Barix Clinics,   135 Forest Health Medical Center,   Ypsilanti, MI 48198
25519182      +Chris Fleming,   19 E. 1st,   PO Box 2111,   Monroe, MI 48161-7111
25519185      +DTE Energy,   Lansing, MI 48937-0001
25519187       IHA,   P.O. Box #131186,   Ann Arbor,, MI 48113-1186
25519192       Michigan Medicine,   Dept. CH 14410,   Palatine, IL 60055-4410
25519193       Sprint,   P.O. Box 600607,   Jacksonville, FL 32260-0607
25519194      +State of Michigan,   Collection/Bankruptcy Unit,   PO Box 30168,   Lansing, MI 48909-7668
25519196       US Attorney Civil,   211 West Fort Street,   Detroit, MI 48226-3277
25519195       Ulta,   PO Box 659450,   San Antonio, TX 78265-9450
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            E-mail/Text: wbabut@babutlaw.com Apr 09 2019 00:35:37      William C. Babut,   700 Towner Street,
                Ypsilanti, MI  48198
25519176       E-mail/Text: data@accessonemedcard.com Apr 09 2019 00:35:59      Access One Medcard,
                PO Box 841695,   Dallas, TX 75284-1695
25519179      +EDI: HFC.COM Apr 09 2019 04:28:00      Best Buy,   P.O. Box 15519,   Wilmington, DE 19850-5519
25519180       EDI: CAPITALONE.COM Apr 09 2019 04:28:00      Capital One,   PO Box 85015,
                Richmond, VA 23285-5015
25519183       EDI: COMCASTCBLCENT Apr 09 2019 04:28:00      Comcast,   5855 Interface Dr,
                Ann Arbor, MI 48103-9515
25589416       EDI: CAPITALONE.COM Apr 09 2019 04:28:00      Capital One Bank (USA), N.A.,   PO Box 71083,
                Charlotte, NC  28272-1083
25617159       EDI: BL-BECKET.COM Apr 09 2019 04:28:00      Capital One, N.A.,   c/o Becket and Lee LLP,
                PO Box 3001,   Malvern PA 19355-0701
25519181       EDI: CHASE.COM Apr 09 2019 04:28:00      Chase,   P.O. Box 15298,   Wilmington, DE 19850-5298
25519184      +EDI: DISCOVER.COM Apr 09 2019 04:28:00      Discover,   P.O. Box #6103,
                Carol Stream, IL 60197-6103
25534720       EDI: DISCOVER.COM Apr 09 2019 04:28:00      Discover Bank,   Discover Products Inc.,
                PO Box 3025,   New Albany, OH 43054-3025
25519186       E-mail/Text: collections@foresthealth.com Apr 09 2019 00:36:04      Forest Health Services,
                135 S. Prospect,   Ypsilanti, MI 48198
25519189       EDI: IRS.COM Apr 09 2019 04:28:00      IRS,   PO Box 330500,   Mail Stop 15,   Detroit, MI 48232
25519188      +E-mail/Text: jolene.cozad@if-na.com Apr 09 2019 00:37:36      Integrity Funding Ohio, LLC,
                84 Villa Road,   Greenville, SC 29615-3052
25519190       EDI: CBSKOHLS.COM Apr 09 2019 04:28:00      Kohls,   P.O. Box #2983,   Milwaukee,, WI 53201-2983
25519190       E-mail/Text: bncnotices@becket-lee.com Apr 09 2019 00:36:17      Kohls,   P.O. Box #2983,
                Milwaukee,, WI 53201-2983
25519191      +EDI: WFNNB.COM Apr 09 2019 04:28:00      Lane Bryant,   P.O. Box 182507,
                Columbus, OH 43218-2507
25624553       EDI: PRA.COM Apr 09 2019 04:28:00      Portfolio Recovery Associates, LLC,   POB 12914,
                Norfolk VA 23541
25617098       EDI: Q3G.COM Apr 09 2019 04:28:00      Quantum3 Group LLC as agent for,   Comenity Bank,
                PO Box 788,   Kirkland, WA  98083-0788
25617104       EDI: Q3G.COM Apr 09 2019 04:28:00      Quantum3 Group LLC as agent for,   Comenity Capital Bank,
                PO Box 788,   Kirkland, WA  98083-0788
25519197       EDI: COMCASTCBLCENT Apr 09 2019 04:28:00      Xfinity,   41112 Concept Drive,
                Plymouth, MI 48170-4253
                                                                                  TOTAL: 20

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                             TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
                    ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2019                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 8, 2019 at the address(es) listed below:
          David Wm Ruskin    ecf-emails@det13.com
          Katherine  Kakish   on behalf of Creditor   State of Michigan Department of Treasury
           kakishk@michigan.gov
          Timothy J. Miller   miller7trustee@gmail.com,
           MI45@ecfcbis.COM;assistant@schneidermiller.com;d3becker@gmail.com
          William C. Babut   on behalf of Debtor Amy L. Butler wbabut@babutlaw.com,
           kim@babutlaw.com;R42388@notify.bestcase.com
                                                                    TOTAL: 4
```